**PETITION TO COMPEL ARBITRATION**

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF SOUTH CAROLINA – COLUMBIA DIVISION**

Abqurrah Ali,

**Petitioner,**

v.

York Woods Apartments; Sterling Columbia Apartments, LLC,

**Respondents.**

RCVD - USDC COLA SC
FEB 26 '26 PM 12:50

Civil Action No.: [To be assigned]

**PETITION TO COMPEL ARBITRATION PURSUANT TO 9 U.S.C. § 4**

NOW COMES Petitioner, Abqurrah Ali, a woman, a Notary Public in the State of South Carolina, and the mother of a minor child, appearing pro se, and respectfully petitions this Honorable Court for an order compelling arbitration pursuant to 9 U.S.C. § 4 of the Federal Arbitration Act (FAA). In support, Petitioner states:

1. Petitioner resides at 2038 Lake Murray Blvd., Apt. 9-303, Columbia, SC 29212.

2. Respondents are the owners and managers of York Woods Apartments, a residential housing complex located in Lexington County, South Carolina.

3. Petitioner entered into a residential lease agreement with Respondents, which includes a binding arbitration clause requiring that disputes arising from the lease be resolved through arbitration.

4. Petitioner has formally invoked arbitration and provided written notice to Respondents.

5. Despite this demand, Respondents have failed or refused to arbitrate, and have instead pursued eviction proceedings in Lexington County Magistrate Court.

6. The underlying dispute involves alleged violations of the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692 et seq., including:

   - Misrepresentation of the nature and amount of the alleged debt;

- Failure to provide debt validation upon request;

- Continuing collection and eviction efforts despite a pending arbitration demand.

7. Petitioner has also filed a Consumer Affairs Complaint with the South Carolina Department of Consumer Affairs, asserting that the lease constitutes a consumer transaction governed by federal and state consumer protection laws.

8. This Court has jurisdiction under 28 U.S.C. § 1331 because the underlying controversy arises under federal law, specifically the FDCPA and FAA.

9. Pursuant to 9 U.S.C. § 4, Petitioner seeks an order compelling arbitration and staying all related proceedings.

**PRAYER FOR RELIEF**

**WHEREFORE**, Petitioner respectfully requests that this Court:

1. Compel arbitration in accordance with the lease agreement and 9 U.S.C. § 4;

2. Stay all related proceedings, including any eviction actions in state court, pursuant to 9 U.S.C. § 3;

3. Grant such other and further relief as the Court deems just and proper.

**Respectfully submitted,** *By: ali. abqurrah ALL RIGHTS RESERVED*

**Abqurrah Ali**

**Pro Se Petitioner**

2038 Lake Murray Blvd., Apt. 9-303

Columbia, SC 29212

Date: February 25, 2026